# UNITED STATES DISTRICT COURT
### for the

### Eastern District of Louisiana

Jonathan P. Robicheaux
  *Plaintiff/Petitioner*

v.                                      Civil Action No. 13-CV-05090

James D. Caldwell in his official capacity as the Louisiana Attorney General
  *Defendant/Respondent*

---

## ORDER TO FILE AMENDED COMPLAINT

Considering the foregoing motion and finding that the verified application demonstrates that the Movant is entitled to the relief sought and finding that the relief sought is authorized under the law and in the best interest of justice,

**IT IS HEREBY ORDERED** that the Movant/Petitioner, Jonathan P. Robicheaux be and is hereby granted leave to file the Amended Complaint for Declaratory and Injunctive Relief.

Thus read, done and signed in New Orleans, Louisiana on this  9th  day of August, 2013.

JUDGE