# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

Jonathan P. Robicheaux *et al*
    *Plaintiff/Petitioner*

v.                                                                        Civil Action No. 13-CV-05090

James D. Caldwell in his official capacity as the Louisiana Attorney General
    *Defendant/Respondent*

District Judge:      Martin Leach-Cross Feldman

Magistrate Judge:  Alma L. Chasez

## REQUEST FOR ORAL ARGUMENT ON THE ATTORNEY GENERAL'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

Now into Court, through undersigned counsel, come plaintiffs/respondents herein and request this Honorable Court for Oral Argument on the Attorney General's Motion to Dismiss for Lack of Subject Matter Jurisdiction with the Notice of Submission for hearing before the Honorable Martin L.C. Feldman, United States District Court Judge, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana on the 27th day of November 2013 at 10 a.m.

Respectfully submitted:

_____
SCOTT J. SPIVEY (#25257)
815 Dauphine St, Ste D
New Orleans, LA  70116
(504) 684-4904 (office phone)
(888) 502-3935 (office fax)
Scott@SpiveyESQ.com
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served upon Defense counsel of record a copy of the foregoing Memorandum by electronic mail on Angelique Duhon Freel and Jessica MP Thornhill at freela@ag.state.la.us and thornhillj@ag.state.la.us and that on November 8, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/EMF system, which will send a notice of filing to all counsel of record.

_____
Scott J. Spivey, Esq.

Request for Oral Argument on the Motion to Dismiss for Lack of Subject Matter Jurisdiction
*Robicheaux v. Caldwell*
Page 2