UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JONATHAN P. ROBICHEAUX | CIVIL ACTION |
| v. | NO. 13-5090 |
| JAMES D. CALDWELL,<br>LOUISIANA ATTORNEY GENERAL | SECTION "F" |

ORDER

Before the Court is the Attorney General's motion to dismiss or, in the alternative, motion to transfer for improper venue. IT IS HEREBY ORDERED that the hearing date on the defendant's motion is continued to November 27, 2013, to be decided on the papers, unless otherwise ordered.

New Orleans, Louisiana, November 13, 2013

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE