UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JONATHAN P. ROBICHEAUX, ET AL. | CIVIL ACTION |
| v. | NO. 13-5090 |
| JAMES D. CALDWELL,<br>LOUISIANA ATTORNEY GENERAL | SECTION "F" |

<u>ORDER</u>

Before the Court is plaintiffs' request for oral argument on defendant's motion to dismiss for lack of jurisdiction.  IT IS HEREBY ORDERED that plaintiffs' request for oral argument is DENIED.

New Orleans, Louisiana, November 27, 2013

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

1