UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JONATHAN P. ROBICHEAUX, ET AL. | * | CIVIL ACTION NO. 13-CV-05090 |
| Versus | * | |
| JAMES D. CALDWELL, LOUISIANA ATTORNEY GENERAL | * | DISTRICT JUDGE: MLCF |
| | * | MAGISTRATE JUDGE: ALC |

## ORDER

IT IS ORDERED that the **Motion for Leave to File Reply Memorandum In Support of the Motion to Dismiss for Lack of Jurisdiction** filed by James D. "Buddy" Caldwell, in his official capacity as Attorney General of the State of Louisiana, is **GRANTED**.

New Orleans, Louisiana, this _____ day of November, 2013.

_____
Judge Martin L.C. Feldman
United States District Court
Eastern District of Louisiana

DENIED.  The requested reply
memorandum adds nothing new.

11.26.13