# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

Jonathan P. Robicheaux et al
    *Plaintiff/Petitioner*

v.                              Civil Action No. 13-CV-05090

James D. Caldwell in his official capacity as the Louisiana Attorney General
    *Defendant/Respondent*

                  District Judge:      Martin Leach-Cross Feldman

                  Magistrate Judge:  Alma L. Chasez

## SUPPLEMENTAL MEMORANDUM IN SUPPORT OF
## MOTION FOR LEAVE TO AMEND COMPLAINT TO ADD DEFENDANT

MAY IT PLEASE THE COURT.

This matter comes on for cause on the Motion for Leave to Amend Complaint to Add Defendant filed by the plaintiffs, Jonathan P. Robicheaux, Derek Penton, Nadine Blanchard and Courtney Blanchard, requesting this Honorable Court for leave to amend the complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure to add Secretary Tim Barfield of the Louisiana Department of Revenue and Secretary Kathy Kliebert of the Louisiana Department of Health and Hospitals as Defendants.

This supplemental memorandum is being filed for the purpose of advising the Court of the conversation that counsel for the plaintiffs and counsel for the Louisiana Attorney General had after filing the memorandum in support a short while ago.  More particularly, we were advised that the Louisiana Attorney General is of the position that he is not a proper party to the action and has been dismissed as a defendant.  Accordingly, he neither objects nor agrees to the Motion to Amend – but it is by virtue of his position that he is not a party and that he would not be a party to contradict in any manner.

Respectfully submitted:

_____

SCOTT J. SPIVEY (#25257)
815 Dauphine St, Ste D
New Orleans, LA  70116
(504) 684-4904 (office phone)
*Attorney for Plaintiffs*

CERTIFICATE OF SERVICE

I, Scott J. Spivey, hereby certify that, on December 3, 2013, I electronically filed the forgoing with the Clerk of Court by using the CM/EMF system, which will send a notice of electronic filing to all counsel of record.

_____