UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JONATHAN P. ROBICHEAUX  CIVIL ACTION
ET AL.

VERSUS  NUMBER: 13-5090

JAMES D. CALDWELL  SECTION: "F"(5)

## ORDER SETTING ORAL ARGUMENT
## VIA TELEPHONE

Oral argument on plaintiffs' Motion for Leave to Amend Complaint to Add Defendant (rec. doc. 37) will be conducted telephonically on January 15, 2014 at 11:00 a.m. or as soon thereafter on that date and time as the Court's docket permits. The parties are thus instructed to be standing by their telephones from 11:00 a.m. on and they will be contacted by the Court as it makes its way through its motion docket.

New Orleans, Louisiana, this 5th day of December, 2013.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE