UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JONATHAN P. ROBICHEAUX, ET AL. | CIVIL ACTION |
| v. | NO. 13-5090 |
| JAMES D. CALDWELL,<br>LOUISIANA ATTORNEY GENERAL | SECTION "F" |

ORDER

IT IS HEREBY ORDERED that plaintiffs' motion for leave to file third amended complaint is reset to January 15, 2014, to be decided by the Court on the papers together with plaintiffs' motion for reconsideration.

New Orleans, Louisiana, December 30, 2013

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE