UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

Jonathan P. Robicheaux *et al*
    *Plaintiff/Petitioner*

v.  Civil Action No. 13-CV-05090

James D. Caldwell in his official capacity as the Louisiana Attorney General
    *Defendant/Respondent*

District Judge:   Martin Leach-Cross Feldman

Magistrate Judge:  Alma L. Chasez

### ORDER

IT IS ORDERED that the Motion for Leave to File Supplemental Memorandum in Support of Plaintiff's Motion for Reconsideration filed by the Plaintiffs, is GRANTED.

New Orleans, Louisiana, this __2nd__ day of ~~December, 2013~~ January, 2014.

_____
Judge Martin L.C. Feldman
United States District Court
Eastern District of Louisiana