UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JONATHAN P. ROBICHEQUX, ET AL.                    CIVIL ACTION

VERSUS                                             NO. 13-5090

JAMES D. CALDWEL                                   SECTION "F"(5)

### J U D G M E N T

For the written reasons of the Court on file herein, accordingly;

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, James D. Caldwell and against plaintiffs, Jonathan P. Robicheaux, Derek Penton, Nadine Blanchard and Courtney Blanchard, dismissing plaintiffs claims for lack of jurisdiction based on sovereign immunity.

New Orleans, Louisiana, this  21st  day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE