UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

Jonathan P. Robicheaux
    *Plaintiff/Petitioner*

v.                                         Civil Action No. 13-CV-05090

James D. Caldwell in his official capacity as the Louisiana Attorney General
    *Defendant/Respondent*

*c/w*
Civil Action No. 14-cv-00097

                    District Judge:    Martin Leach-Cross Feldman

                    Magistrate Judge:  Alma L. Chasez

## ORDER

Considering the foregoing motion and finding that the relief prayed for is authorized within the discretion of the Court and finding that it is in the best interest of justice,

IT IS HEREBY ORDERED that Civil Action 2013-cv-05090 shall continue to be the Master File in these proceedings.

IT IS FURTHER ORDERED that Civil Action 2014-cv-00097 be and is hereby unconsolidated from 2013-cv-05090 to allow the plaintiffs in 2014-cv-00097 to proceed while 2013-cv-05090 is on appeal before the Fifth Circuit Court of Appeal.

Thus read, done and signed in New Orleans, Louisiana on this ____ day of January, 2014.

_____
JUDGE

**DENIED**
```
Both cases are
obviously related.
```
1/27/14