UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

Jonathan P. Robicheaux
    *Plaintiff/Petitioner*

v.                                           Civil Action No. 13-CV-05090

James D. Caldwell in his official capacity as the Louisiana Attorney General
    *Defendant/Respondent*

    *c/w*    Civil Action No. 14-CV-00097

### ORDER TO FILE AMENDED COMPLAINT

Considering the foregoing motion and finding that the verified application demonstrates that the Movant is entitled to the relief sought and finding that the relief sought is authorized under the law and in the best interest of justice,

**IT IS HEREBY ORDERED** that the Movant/Petitioners, Jonathan P. Robicheaux, Derek Penton, Nadine Blanchard and Courtney Blanchard be and are hereby granted leave to file the First Amended Complaint for Declaratory and Injunctive Relief.

Thus read, done and signed in New Orleans, Louisiana on this  7th  day of February, 2014.

_____
JUDGE