MINUTE ENTRY
FELDMAN, J.
February 27, 2014

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JONATHAN P. ROBICHEAUX, ET AL | * | CIVIL ACTION |
| VERSUS | * | NO. 13-5090 c/w 14-97 |
| DEVIN GEORGE, ET AL | * | SECTION "F" |
| | * | REF: 14-97 |

IT IS ORDERED:

A status conference is hereby scheduled for March 14, 2014 at 10:30 a.m.

