UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JONATHAN P. ROBICHEAUX, *et al.*, | CIVIL ACTION |
| *Plaintiffs* | NO. 13-5090 |
| v. | SECTION F(5) |
| JAMES D. CALDWELL, *et al.*, | JUDGE MARTIN L.C. FELDMAN |
| | MAGISTRATE MICHAEL NORTH |
| *Defendants* | REF: ALL CASES |

ORDER

Having considered the Motion to Enroll as Co-Counsel of Record filed by J. Michael Johnson, and consented to by counsel for defendants, S. Kyle Duncan, Special Assistant Attorney General for the Louisiana Department of Justice, it is ORDERED that the motion is GRANTED, and that J. Michael Johnson be and he is enrolled as co-counsel of record in these proceedings for Defendants Tim Barfield, Secretary of the Louisiana Department of Revenue, Kathy Kliebert, Secretary of the Louisiana Department of Health and Hospitals, and Devin George, Louisiana State Registrar.

Entered this 11th day of ___June___, 2014, in New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE