UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JONATHAN P. ROBICHEAUX ET AL. | CIVIL ACTION |
| VERSUS | NO. 13-5090 c/w 14-0097<br>14-0327 |
| JAMES D. CALDWELL ET AL. | SECTION "F"(5) |

**J U D G M E N T**

For the written reasons of the Court on file herein, accordingly;

IT IS ORDERED, ADJUDGED AND DECREED that the plaintiffs' motion for summary judgment is DENIED and defendants' motion for summary judgment is GRANTED.

New Orleans, Louisiana, this   3rd   day of September, 2014.

_____
MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE