# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JONATHAN P. ROBICHEAUX, *et al.*, | * * * | CIVIL ACTION |
| *Plaintiffs* | * * | No. 13-5090 C/W 14-97 & 14-327 |
| v. | * * | SECTION F(5) |
| JAMES D. CALDWELL, *et al.*, | * * * | JUDGE MARTIN L.C. FELDMAN |
| | * | MAGISTRATE MICHAEL NORTH |
| *Defendants* | * * | |
| | * | REF: ALL CASES |
| ***************************************** | * | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFFS' MOTION TO SET QUANTUM FOR REASONABLE ATTORNEYS' FEES AND RELATED NONTAXABLE EXPENSES

Plaintiffs in each of these consolidated cases respectfully move, pursuant to Federal Rule of Civil Procedure 54(d)(2)(B), for a thirty (30) day extension of time to file their motion to set quantum for attorneys' fees and related nontaxable expenses. Undersigned counsel has spoken with Ms. Glazer, counsel for the Defendants, and she has represented that the Defendants consent to this Motion.

In its Judgment dated July 2, 2015 (Rec. Doc. 142), the Court awarded Plaintiffs their costs, expenses, and reasonable attorneys' fees according to 42 U.S.C. § 1988 and any other applicable laws. Under Rule 54(d)(2)(B), the motion to set these fees and costs must be filed no later than fourteen (14) days after the entry of judgment unless "a statute or court order provides otherwise." The parties respectfully seek an extension in order to discuss an amicable resolution of the fees and expenses without the need for motion practice.

1188366v1

**WHEREFORE**, Plaintiffs pray that the Court grant a thirty (30) day extension, or until Monday, August 17, 2015, for the filing of Plaintiffs' motion to set quantum for reasonable attorneys' fees and expenses.

Respectfully submitted,

/s/ Richard G. Perque
Richard G. Perque
    richard@perquelaw.com
LESLIE A. BONIN, LLC &
  RICHARD G. PERQUE, LLC
700 Camp Street
New Orleans, Louisiana  70130
Telephone:  504-524-3306
Facsimile:  504-529-4179

*Attorney for Jonathan P. Robicheaux, Derek Penton, Nadine Blanchard, and Courtney Blanchard*

/s/ Scott J. Spivey
Scott J. Spivey
    scott@spiveyesq.com
LANDRY & SPIVEY
320 N. Carrollton Avenue, Suite 101
New Orleans, Louisiana  70119
Telephone:  (504) 297-1236
Facsimile:  (888) 502-3935

*Counsel for Plaintiffs-Appellants Garth Beauregard and Robert Welles*

/s/ J. Dalton Courson
    dcourson@stonepigman.com
John M. Landis, 7958
    jlandis@stonepigman.com
Lesli D. Harris, 28070
    lharris@stonepigman.com
Brooke C. Tigchelaar, 32029
    btigchelaar@stonepigman.com
Maurine M. Wall, 34139
    mwall@stonepigman.com
STONE PIGMAN WALTHER
  WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361

*Attorneys for Forum for Equality Louisiana, Inc., Jacqueline M. Brettner, M. Lauren Brettner, Nicholas J. Van Sickels, Andrew S. Bond, Henry Lambert, R. Carey Bond, L. Havard Scott, III, and Sergio March Prieto*

1188366v1

**C E R T I F I C A T E**

       I hereby certify that a copy of the preceding Unopposed Motion for Extension of Time to File Plaintiffs' Motion to Set Quantum for Reasonable Attorneys' Fees and Related Nontaxable Expenses has been served upon all counsel of record by electronic notice via the Court's CM/ECF system, this 14th day of July, 2015.

                                             */s/ J. Dalton Courson*