MINUTE ENTRY
NORTH, M.J.
OCTOBER 8, 2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JONATHAN P. ROBICHEAUX, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 13-5090 c/w 14-0097, 14-0327 |
| JAMES D. CALDWELL, LOUISIANA ATTORNEY GENERAL, ET AL. | SECTION: "F"(5) |

As a result of ongoing negotiations among the Court and the parties, a settlement agreement was reached with respect to all claims for attorneys' fees and costs in this matter.

The Court thanks counsel and the parties for their efforts in bringing the remaining issues to an amicable resolution.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HONORABLE MARTIN L.C. FELDMAN

MJSTAR (01:00)